**Anthony QUEEN, Petitioner–Appellant,**

v.

**Dominic MANTELLO, Respondent–Appellee.**

**No. 00–2554.**

United States Court of Appeals, Second Circuit.

March 23, 2001.

Perry S. Reich, Lindenhurst, NY, for appellant.

Sachin S. Pandya, Assistant Solicitor General, for Eliot Spitzer, Attorney General of the State of New York; Mark Gimpel, Deputy Solicitor General, on the brief, New York, NY, for appellee.

---

* The Honorable Reena Raggi of the United States District Court for the Eastern District

Present LEVAL, and SACK, Circuit Judges, and RAGGI,* District Judge.

SUMMARY ORDER

Petitioner-appellant Anthony Queen claims ineffective assistance of counsel based on the failure of his trial counsel to use delays in the trial to prepare adequately for trial. Specifically, he alleges that his counsel was negligent in failing to secure the testimony of three witnesses. Queen neither identifies these witnesses nor states why their testimony would have been helpful to him.

ON CONSIDERATION WHEREOF, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the judgment of the District Court be and it hereby is AFFIRMED.